RECEIVED
IN ALEXANDRIA, LA.

JUL 0 8 2009

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| WILLIE HAMILTON | CIVIL ACTION 09-0060 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| WAL-MART STORES, INC., et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand(DOC. #7) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of July, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**